FILED
October 7, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: CR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:26-CR-02986-EG** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: COUNT ONE: 18 U.S.C. § 1015(f) |
| MONICA IVETTE CARZOLI | § | False Statement/Claim of US Citizenship in |
| CARRILLO, | § | Order to Register to Vote or to Vote.] |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE

[18 U.S.C§ 1015(f)]

On or about June 24, 2024, in the Western District of Texas, Defendant,

MONICA IVETTE CARZOLI CARRILLO,

an alien, did knowingly make a false statement and false claim that she is a citizen of the United States, in order to register to vote and to vote in a federal, state, and local election, in violation of Title 18, United States Code, Section 1015(f).

A TRUE BILL.

[redacted]

FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: ____________________
CARLI TUTTLE
Assistant United States Attorney